

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable E. Y. Cunningham
County Auditor
Navarro County
Corsicana, Texas

Dear Sir:

Opinion No. O-2910
Re: Qualifications of County
Treasurer.

We have received your letter of recent date requesting our opinion upon the above stated question. Your letter reads:

> "We have elected in the General Election a blind man to the office of Navarro County Treasurer. We would like to know if this disability would interfere in any way with his taking the oath of office and acting as County Treasurer."

We have thoroughly examined the Texas statutes and fail to find any article referring to the qualifications of a county treasurer. The county treasurer is elected by the popular vote of the taxpaying citizens of the county; and in the absence of specified qualifications for such officer, anyone who receives a majority of the popular vote is elected and is eligible to take the oath of office and serve as county treasurer.

Such being the case, the disability of blindness does not in any way interfere with the person elected from taking the oath of office and acting as county treasurer.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable K. Y. Cunningham, Page 2


Trusting that the above satisfactorily disposes of your inquiry, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By D. Burle Daviss

D. Burle Daviss
Assistant

DBD:ew


APPROVED DEC 4, 1940

ATTORNEY GENERAL OF TEXAS

